AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
08/26/2019
Clerk, U.S. District Court
Western District of Texas

By: _____ **RRV** _____

**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: EP:19-M -08073(1) - MAT |
| | § | |
| (1) LUIS ANTONIO CHOGLLO-CASTILLO | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 23, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter the United States at a time and place not designated as a Port of Entry by Immigration Officers after having been previously convicted for a violation of Title 8, United States Code, Section 1325 on December 10, 2018 in Cause Number EP:18-M-08972(1) ATB.

in violation of Title **8** United States Code, Section(s) **1325**

.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

*"The Defendant, Luis Antonio CHOGLLO-Castillo , an alien to the United States and citizen of Ecuador, illegally entered the United States from the Republic of Mexico on August 23, 2019 , approximately 2.4 miles east of the Bridge of Americas Port of Entry in El Paso, TX which is in the Western District of Texas. The Defendant has been previously convicted for a*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Bonilla, Arturo
Border Patrol Agent

08/26/2019 _____
File Date

at   EL PASO, Texas
City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:19-M -08073(1)

WESTERN DISTRICT OF TEXAS

(1) LUIS ANTONIO CHOGLLO-CASTILLO

FACTS   (CONTINUED)

violation of Title 8, United States Code, Section 1325 on December 10, 2018 in in the Western District of Texas in El Paso, TX.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been granted 1 voluntary departure(s), the last on February 27, 2019, through ALEXANDRIA, LA

CRIMINAL HISTORY:
12/10/2018, El Paso, TX, 8 USC 1325(M), convicted, T/S